AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Kentucky

Eastern District of Kentucky
**FILED**
NOV 14 2018
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Haily Loriane Duvall | ) | Case No. 18-MJ-5119 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   November 7 and 8, 2018   in the county of   Fayette   in the
Eastern District of   Kentucky   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Threatening Interstate Communications |
| 18 U.S.C. § 1001(a)(2) | False Statements |
| 18 U.S.C. § 1038 | False Information and Hoaxes |

This criminal complaint is based on these facts:

See the attached affidavit, which is incorporated by reference as if set forth fully herein.

☑ Continued on the attached sheet.

*Complainant's signature*

William Jackson, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/9/18

*Judge's signature*
Matthew A. Stinnett
United States Magistrate Judge
*Printed name and title*

City and state:  Lexington, KY