UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

UNITED STATES OF AMERICA

V.  CASE NO. 18-MJ-5119

HAILY LORIANE DUVALL

\* \* \* \* \*

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, William Jackson, being duly sworn, depose and state that:

1. I have been a Kentucky certified Police Officer for 12 years, as I graduated from the Kentucky Department of Criminal Justice Training Center (hereinafter "DOCJT") Police Academy in 2006. Since graduation I have completed approximately 120 hours of training in crimes specific in the use of social media and computers through DOCJT and the National White Collar Crime Center. I have been assigned to the FBI's Joint Terrorism Task Force (hereinafter "JTTF") since 2008 as a deputized Task Force Officer. As a member of the JTTF, I have investigated numerous complaints involving threats to property and life in violation of either state or federal crimes. Additionally, I have completed 80 hours of training in performing threat assessments.

2. My duties include the investigation of federal crimes that include violations of 18 U.S.C. §§ 875, 1001, and 2261A.

1

3. I am a federal law enforcement officer as defined in Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, and I am authorized by law to execute an arrest warrant pursuant to Rule 4(c)(1).

4. This affidavit is being submitted in support of a criminal complaint. For the reasons set forth below, I respectfully submit that this affidavit contains probable cause to believe that HAILY LORIANE DUVALL has committed violations of 18 U.S.C. §§ 875(c) (threatening communications), 1001(a)(2) (false statements), and 1038 (hoaxes). I make this affidavit based upon personal knowledge derived from my participation in this investigation and upon information communicated or reported to me during the investigation by other participants in the investigation. This affidavit is intended to show only that there is sufficient probable cause to support the complaint and for the requested arrest warrant. This affidavit does not set forth all of my knowledge about this matter.

## BACKGROUND CONCERNING SNAPCHAT

5. Snapchat is one of the most popular applications for sending and receiving 'self-destructing' messages, pictures, and videos. Referred to as 'snaps', the company processes approximately 700 million of them every day on Apple's iOS and Google's Android operating systems. Snapchat is operated by Snap, Inc., which is headquartered in Venice, California. According to Snap, Inc.'s most recent quarterly earnings report, Snapchat had approximately 188 million daily active users in the second quarter of 2018.

6. A "snap" is a picture or video message taken and shared with other Snapchat users in real-time. The transmission of snaps occurs over the internet and, thus, necessarily occurs in interstate commerce. The sender of a snap has the option of setting a timer for how long a snap can be viewed. Once a snap has been viewed it is deleted from the company's

system and is no longer visible to the recipient. Snapchat users can send text messages to others using the Chat feature. Once a user leaves the Chat screen, messages viewed by both the sender and the receiver will no longer be visible. The application notifies other users when they are online so they can begin messaging each other. In addition, Snapchat users can send pictures to other users by utilizing the camera on their device. Pictures can also be send from the saved pictures in the photo gallery of the device.

7.  "Our Stories" is a collection of user submitted snaps from different locations and events. A Snapchat user, with the location services of his or her device turned on, can contribute to a collection of snaps regarding the event. Users can also view "Our Stories" events if they are not actually present at the event by subscribing to the story. In addition to "Our Stories", a Snapchat user can keep a sort of photo/video diary using the "Story" feature. Each snap in a "Story" documents the user's experience. Users can manage their privacy settings so that their Story can be viewed by all Snapchat users, the individual user's friends, or a custom audience. Stories are visible to other users for up to 24 hours.

8.  Snapchat asks users to provide basic contact and personal identifying information to include date of birth. When a user creates an account he or she makes a unique Snapchat username. This is the name visible to other Snapchat users. An email address is required to register a Snapchat account, and a new user must also provide a mobile phone number.

## PROBABLE CAUSE

9.  On November 7, 2018, DUVALL contacted the University of Kentucky Police Department (hereinafter, "UKPD") and reported that a threat had been made against the University of Kentucky and the White Hall classroom building, which is located at 140 Patterson Dr., Lexington, KY 40506. DUVALL claimed that she had overheard other students discussing

3

a threat, opened the Snapchat app on her phone, searched for snaps located near the White Hall building, and found four threatening snaps that originated from an account with the username "mr68967" and the name "Max R". DUVALL claimed that she then saved the four snaps using her phone's screen capture feature. DUVALL provided those screenshots to a UKPD representative. A UKPD representative noted the snaps did not contain the user name "mr68967" or name "Max R" as DUVALL reported. The snaps reflected in those screenshots stated:

    (a) "Just wait I'll fuck up this whole dam school" (bomb emoji)

    (b) "white hall is about to be white ashes along with every asshole student in it" (Picture taken from inside White Hall classroom building)

    (c) "you may not be ready to die but I am and am dragging evry last mother fucker down with me so her ready" (skull and crossbones followed by a gun emoji)

    (d) "Thirsty thursdays are about become ticking time bomb Thursdays"

10. As UKPD began to investigate the reported threats, DUVALL contacted UKPD again to report the receipt of two more threatening snaps. DUVALL reported that the threatening posts were originating from a Snapchat user with the username "mr68967" and the name "Max R." DUVALL again claimed that she saved the two snaps using her phone's screen capture feature and provided them to UKPD. Again a UKPD representative noted the snap did not contain the username "mr68967", but reflected the name "Max R" on the snaps. The snaps reflected in those screenshots stated:

    (a) "And the fear has began its only the start"

    (b) "after all they say snitches are bitches who get stitches" (Knife emoji)

4

11. UKPD obtained information from Snap, Inc. via an emergency disclosure request for information relating to the username mr68967. In response, Snap, Inc. provided a University of Kentucky email address used in the creation of the account and an IP address associated with account activity. Working with other officials at the University of Kentucky, UKPD established that the email address used in the creation of the Snapchat account was invalid. UKPD also resolved the IP address to a University of Kentucky IP address that had 147 individual users.

12. As law enforcement continued to investigate the reported threats, DUVALL contacted UKPD again on the evening of November 7, 2018. DUVALL reported that additional threats had been posted to a Snapchat group chat and provided additional screen shots to UKPD. The screenshots revealed the following additional snaps:

    (a) "3..2... 1 (Bomb emoji)

    (b) "Group chats. News channels. Twitter. Facebook (Smiling Cowboy emoji) the fear has spread just as it should get ready pussies"

13. DUVALL continued to provide UKPD with screenshots of snaps, including a snap showing multiple firearms and the caption, "It is only a matter of time let the countdown begin". At approximately 10:00 p.m. on November 7, 2018, DUVALL informed UKPD that "Max R" had connected to DUVALL's personal Snapchat profile and provided a screenshot to document this. Upon review of the screenshot, law enforcement observed that the activity originated from a different Snapchat account with the username "mr689677", instead of the previously reported mr68967. The listed name remained as "Max R".

14. UKPD again obtained information from Snap, Inc. via an emergency disclosure request for information relating to the username mr689677. In response, Snap, Inc. provided an IP address associated with account activity. Through open source research, UKPD determined

that the IP address was owned by Spectrum. UKPD then obtained information about the IP address from Spectrum through an emergency disclosure request. Based on that information, UKPD determined that the IP address was associated with an account registered to DUVALL at a residential address in Lexington, Kentucky.

15. Representatives of the FBI and the UKPD then interviewed DUVALL at her residence in the early morning of November 8, 2018. At the beginning of the interview, DUVALL maintained her story that the threatening snaps had originated from an unknown Snapchat user. DUVALL claimed that she had disseminated the screenshots to raise awareness of the threats and for the safety of others.

16. During the interview, as DUVALL was attempting to log into her Snapchat account on her phone, a representative of the FBI observed a portion of the "mr689677" Snapchat user account on DUVALL's phone screen. DUVALL attempted to explain this by claiming that she attempted to hack into the "Max R" account to identify the source of the threats.

17. As the interview progressed, DUVALL admitted that she had created the "mr689677" Snapchat account. DUVALL admitted that she initially did not provide law enforcement with the screen shots of snaps showing the username, but instead verbally provided law enforcement with the user name "mr68967". DUVALL also admitted that she had created and posted each of the snaps referenced in this affidavit with the exception of the photo of the interior of the White Hall classroom building, which she claimed that she posted after locating it on another user's Snapchat account. According to DUVALL, she attempted to repost this other user's snap by taking a screen shot, but she could not fully capture the verbiage on the snap. DUVALL claimed that she then recreated the snap and posted it to Snapchat.

18. Each time that DUVALL used the Snapchat application to post one of the messages discussed above, she necessarily transmitted that communication over the internet and in interstate commerce.

## CONCLUSION

19. Based upon all of the information set forth herein, I respectfully submit that this affidavit contains probable cause to believe that HAILY LORIANE DUVALL has committed violations of 18 U.S.C. §§ 875(c), 1001(a)(2), and 1038.

WHEREFORE, your Affiant respectfully requests that the Court issue a warrant for the arrest of HAILY LORIANE DUVALL.

_____
William Jackson, Task Force Officer
Federal Bureau of Investigation

SWORN and SUBSCRIBED to before me on this _____ day of November 2018.

_____
Hon. Matthew A. Stinnett
United States Magistrate Judge
Eastern District of Kentucky

7