UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**

DEC 0 6 2018

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                INDICTMENT NO. 5:18-CR-173-JMH

HAILY LORIANE DUVALL

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNTS 1-4
### 18 U.S.C. § 844(e)

On or about November 7, 2018, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**HAILY LORIANE DUVALL**

did maliciously convey false information concerning an alleged attempt to be made to kill and injure individuals and to unlawfully damage and destroy a building by means of an explosive, knowing the same to be false, through the use of an instrument of interstate commerce, to wit, the following communications issued through the use of Snapchat accounts assigned the usernames listed below:

| Count | Snapchat Username | Description of Communication |
|---|---|---|
| 1 | mr68967 | Dark screen with the caption "Just wait I'll fuck up this whole dam school", followed by a bomb emoji |

| 2 | mr68967 | Photograph of the interior of the University of Kentucky White Hall Classroom Building with the caption "white hall is about to be white ashes along with every asshole student in it" |
| 3 | mr68967 | Red screen with the caption "Thirsty thursdays are about become ticking time bomb thursdays" |
| 4 | mr68967 | The message "3..2… 1", followed by a bomb emoji |

All in violation of 18 U.S.C. § 844(e).

## COUNTS 5-15
## 18 U.S.C. § 875(c)

On or about November 7, 2018, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

## HAILY LORIANE DUVALL

did knowingly and willfully transmit in interstate commerce a series of communications containing threats to injure the person of another through an internet-based social media account, to wit, the following communications issued through the use of Snapchat accounts assigned the usernames listed below:

| Count | Snapchat Username | Description of Communication |
|---|---|---|
| 5 | mr68967 | Dark screen with the caption "Just wait I'll fuck up this whole dam school", followed by a bomb emoji |
| 6 | mr68967 | Photograph of the interior of the University of Kentucky White Hall Classroom Building with the caption "white hall is about to be white ashes along with every asshole student in it" |

| 7 | mr68967 | Light colored screen with the caption "you may not be ready to die but I am and am dragging evry last mother fucker down with me so her ready", followed by emojis reflecting a skull and crossbones and gun |
| 8 | mr68967 | Red screen with the caption "Thirsty thursdays are about become ticking time bomb thursdays" |
| 9 | mr68967 | The message "3..2... 1", followed by a bomb emoji |
| 10 | mr68967 | Black screen with the caption "And the fear has begun its only the start" |
| 11 | mr68967 | Black screen with the caption "after all they say snitches are bitches who get stitches", followed by a knife emoji |
| 12 | mr68967 | Orange screen with the caption "Group chats. News channels. Twitter. Facebook [interposed with a smiling cowboy emoji] the fear has spread just as it should so get ready pussies" |
| 13 | mr689677 | Photograph of multiple firearms and knives with the caption "It is only a matter of time let the countdown begin" |
| 14 | mr689677 | Dark screen with the caption "11 hours and 29 minutes [interposed with an hourglass emoji] the time is coming. Or is it? Maybe it is before then..." |
| 15 | mr689677 | Black screen with the caption "Those who fish for info from me will die. Fish are the top of my list [interposed with a fish emoji] die mother fuckers. Dieee" |

All in violation of 18 U.S.C. § 875(c).

**A TRUE BILL**

**FOREPERSON**

ROBERT M. DUNCAN, JR.
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1-4:** Imprisonment for not more than 10 years, fine of not more than $250,000, and supervised release for not more than 3 years.

**COUNTS 5-15:** Imprisonment for not more than 5 years, fine of not more than $250,000, and supervised release for not more than 3 years.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.