UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL 18-173-DCR                                                    **ELECTRONICALLY FILED**

UNITED STATES OF AMERICA                                               PLAINTIFF

VS.             UNITED STATES' CERTIFICATE OF SERVICE
        OF DOCUMENTS ON THE DEFENDANT/JUDGMENT
                 DEBTOR AND ON THE GARNISHEE

HAILY LORIANE DUVALL                                                   DEFENDANT/JUDGMENT
                                                                       DEBTOR

AND

BB&T BANK                                                              GARNISHEE

\* \* \* \* \* \* \*

In compliance with 28 U.S.C. 3205(c)(3) the United States, by and through its counsel, the United States Attorney for the Eastern District of Kentucky, hereby certifies to the Court that service of instructions and documents in connection with the Writ of Garnishment issued in this action has been properly made as follows:

The Defendant/Judgment Debtor has been served by first-class mail to his or her last known address with instructions for objecting to the Answer of the Garnishee and for obtaining a hearing on the objections, and with the following documents: Writ of Continuing Garnishment, the proposed Answer of the Garnishee, the Clerk of the Court's Notice of Post-Judgment Garnishment and Instructions to Defendant, the United States Attorney's Instructions to Defendant/Judgment Debtor, and the Defendant/Judgment Debtor's Claim for Exemption Form and Request for Hearing.

1

The Garnishee has been served by certified mail, return receipt requested, with an instruction explaining the requirement that the Garnishee submit a written Answer to the Writ of Garnishment, and with the following documents: Writ of Continuing Garnishment, a form for the Answer of the Garnishee, the United States Attorney's Instructions to the Garnishee, and the Defendant/Judgment Debtor's Claim for Exemption Form and Request for Hearing.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By:  s/Rajbir Datta
Rajbir Datta
Assistant United States Attorney
260 West Vine Street, Ste. 300
Lexington, Ky. 40507
(859) 233-2661
Rajbir.Datta@usdoj.gov

CERTIFICATE OF SERVICE

On February 5, 2020, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all the parties in this case.

I further certify that on February 5, 2020 a copy of the foregoing was mailed to:

HAILY LORIANE DUVALL
Address Redacted

BB&T BANK
200 West Vine Street, Suite 100
Lexington, KY  40507

                                              s/ Rajbir Datta
                                              Rajbir Datta
                                              Assistant United States Attorney
                                              260 West Vine Street
                                              Lexington, KY 40507
                                              (859) 233-2661
                                              Rajbir.Datta@usdoj.gov