UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

Eastern District of Kentucky
**FILED**
APR 0 7 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. **5:18-CR-173-DCR-MAS-1**

UNITED STATES OF AMERICA                        PLAINTIFF

VS.

HAILEY LORAINE DUVALL

                                                DEFENDANT

- DESTRUCTION CERTIFICATE -

This is to certify that the exhibits marked on the **Exhibit/Witness List** filed at Docket Entry 51 were filed in the **Detention Hearing** in the above-styled action on behalf of the parties. Counsel for the parties have been requested in writing to withdraw the exhibits. No claims having been made for the return of said exhibits, they are now eligible for destruction.

ROBERT R. CARR
CLERK OF COURT

3/23/21
Date

By: _____
David Hunter, Chief Deputy

Exhibits destroyed 4/7/2021
                    DATE

By: _____
    DEPUTY CLERK