UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
DIVISION
AT
LEXINGTON

Eastern District of Kentucky
**FILED**
JAN 10 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 5:18-CR-173-DCR

UNITED STATES OF AMERICA            PLAINTIFF

VS:            RECEIPT FOR PLEA AGREEMENT(S)

HAILY LORIANE DUVALL            DEFENDANT(S)

I hereby acknowledge receipt of the Plea Agreement(s), filed into the record on June 24, 2019 at Record Number(s) 33.

Date: 1/3/22

United States Attorney's Office
Lexington, Kentucky

Please sign and return to the Clerk's Office within seven (7) days